**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.: 1:16-CR-00096** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **-vs-** | ) | |
| | ) | **WAIVER OF JURY TRIAL** |
| **ROBERT JOHNSON** | ) | |
| | ) | |
| **Defendant** | ) | |

Now comes the Defendant by and through the undersigned and respectfully submits this Waiver of his right to a Jury Trial to this Honorable Court. Defendant willingly and knowingly waives and relinquishes this right of his own volition, and elects to by tried by this Honorable Court. Defendant fully knows and understands that he has a right to a trial by jury under the laws of the United States. No guarantees, bribes, promises, or threats have been made to secure this waiver.

Respectfully submitted;
FERNANDO MACK, L.P.A.

*/s/ Fernando Mack, Esq.*
**FERNANDO MACK (#0062937)**
The Bradley Building, suite 203
1220 West 6th Street
Cleveland, Ohio 44113
(216) 556-9610
(855) 320-8107 Fax
losmacks@msn.com
***Attorney for Robert Johnson***

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing *Waiver of Jury Trial* was filed electronically this 14th day of February, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

               */s/ Fernando Mack, Esq.*
               **FERNANDO MACK**, **ESQ. (#0062937)**
               *Attorney for Robert Johnson*